

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Lee | Civil Action No. 13-cv-02566-MMA-JLB |
| Plaintiff, | |
| V. | |
| Cielo Homeowners Association, Rachel Morgan. Christine Castaneda, Ralph Geonvese, Jeff Schwall, Lylii Gonzales, Carrin Goldstein | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' motion to dismiss and dismisses Plaintiff Cheryl Lee's complaint with prejudice.

Date:        4/17/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By:  s/  V. Mosqueda
                    V. Mosqueda, Deputy